UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUAN ROBLEDO CISNEROS
Plaintiff(s),

v.

WARDEN, DAVID WESLING, DAVID VENTURELLA, MARKWAYNE MULLIN, and TODD BLANCHE
Defendant(s).

Civil Action No. 26-14332-JEK

**ORDER OF DISMISSAL**

**KOBICK, D.J.**

In accordance with the Court's Electronic Order entered September 30, 2026, ECF 9, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

Dated: September 30, 2026

/s/ Haley Currie
Deputy Clerk